UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LIANA M., | Civil No. 3:20-CV-05750-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for a period of disability, disability insurance benefits, and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. On remand, the Commissioner will (1) further evaluate the severity of the claimant's fibromyalgia and its effects pursuant to Social Security 12-2p, (2) further evaluate the medical evidence of record, including the opinion of Dr. Klinghardt, (3) obtain appropriate medical expert evidence to provide a longitudinal overview and clarify the nature, severity and limiting effects of the claimant's medically determinable physical impairments, (4) in light of the above findings, reevaluate the claimant's subjective complaints and redetermine the claimant's

Page 1     ORDER - [3:20-CV-05750-MAT]

maximum residual functional capacity, (5) obtain supplemental vocational expert evidence as necessary, and (6) offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

The parties agree that no aspect of the prior administrative decision is affirmed. This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g) and Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 5th day of February, 2021.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Justin L. Martin
JUSTIN L. MARTIN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3735
Fax:  (206) 615-2531
justin.l.martin@ssa.gov